IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DISCIPLINE OF ) <br> CHRISTIAN W. LIEDTKE, ) <br> CALIFORNIA STATE BAR ) <br> NUMBER 297523, A MEMBER ) <br> OF THE BAR OF THE UNITED STATES ) <br> DISTRICT COURT FOR THE WESTERN ) <br> DISTRICT OF PENNSYLVANIA ) | Misc. No. 2:21-784-MRH |

## ORDER

WHEREAS, this Court was advised that the State Bar Court of California, in disciplinary proceeding SBC-21-O-30120, ordered that Attorney Christian W. Liedtke ("Attorney Liedtke") be enrolled as an inactive attorney, effective April 26, 2021, making him "not eligible to practice law in California" due to his failure to file a written response to the Office of Chief Trial Counsel of the State Bar of California's motion for entry of default [ECF No. 1-1];

WHEREAS, on June 21, 2021, the undersigned issued an Order to Show Cause [ECF No. 1] which afforded Attorney Liedtke an opportunity, in accordance with this Court's Local Rules, to show good cause why an identical disciplinary order should not be entered by this Court;

WHEREAS the Order to Show Cause [ECF No. 1] was sent via certified mail and First-Class mail to the address of record that Attorney Liedtke maintains with this Court. Additionally, notice was sent to Attorney Liedtke at the email address that he maintains within this Court's CM/ECF system; and

WHEREAS Attorney Liedtke filed no response to the Order to Show Cause by the deadline of July 21, 2021.

NOW THEREFORE IT IS HEREBY ORDERED that Attorney Liedtke is enrolled as an inactive attorney of the bar of the United States District Court for the Western District of

Pennsylvania and is ineligible to practice law before this Court, retroactive to April 26, 2021;

IT IS FURTHER ORDERED that the Clerk of Court shall suspend Attorney Liedtke's CM/ECF User Account and identify Attorney Liedtke as inactive and ineligible to practice in the Court's attorney admission records;

IT IS FURTHER ORDERED that while the period of suspension hereunder is retroactive to April 26, 2021, the entry of this Order does not affect or invalidate any filing made by Attorney Liedtke or any action taken by this Court in any case in which Attorney Liedtke may have appeared, unless so directed by further Order of the presiding judicial officer in a specific case; and

IT IS FINALLY ORDERED that any Attorney who seeks reinstatement to practice before this Court must file a Petition for Reinstatement with the Clerk of Court. LCvR 83.3G. For purposes of this local rule, Attorney Liedtke's reciprocal discipline shall be treated as a suspension. Because deactivation of Attorney Liedtke's CM/ECF User Account will prevent him from filing documents electronically, Attorney Liedtke will be required to submit all papers for filing to the Clerk of Court in hard copy, with a cover letter explaining why the documents cannot be filed electronically.

The Clerk of Court is directed to give notice of the entry of this order to Attorney Liedtke at the mailing address that Attorney Liedtke maintains with this Court. Additionally, Attorney Liedtke will receive a Notice of Electronic Filing of this Order at the email address that he maintains within this Court's CM/ECF system.

Date:  July 28, 2021

*Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge